214 So.2d 546

**Milbon J. JEANSONNE**

v.

**Ray B. WILLIE et al.**

No. 49400.

Oct. 11, 1968.

In re: Milbon J. Jeansonne applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 212 So.2d 226.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

214 So.2d 546

**Paul NORMAND et ux.**

v.

**HERTZ CORPORATION et al.**

No. 49416.

Oct. 11, 1968.

In re: Paul Normand and Mrs. Thomasine K. Normand applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 211 So.2d 382.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.